# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: __JOSEPH A. DICKSON__ |
| v. | MAGISTRATE NO.: __19-6648__ |
| | DATE OF PROCEEDINGS: __4/12/19__ |
| FELIX SANTIAGO, III | DATE OF ARREST: __4/12/19__ |

PROCEEDINGS: __INITIAL APPEARANCE__

(X) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(X) APPT. OF COUNSEL: (X) AFPD __ CJA
( ) WAIVER OF HRG.: __ PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
(X) OTHER _Waived preliminary hearing on the record_

( ) TEMPORARY COMMITMENT
(X) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
  ( ) UNSECURED BOND
  ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: __ COURT __ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA __SHAWN BARNES__

DEFT. COUNSEL __K. ANTHONY THOMAS__

PROBATION _____

INTERPRETER _____
    Language: (        )

Time Commenced: __2:52__
Time Terminated: __2:56__
CD No: __ECR__

_Jessica Batista_
DEPUTY CLERK